# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 97 MM 2015
:
               Respondent      :
:
:
:
               v.             :
:
:
:
PATRICK GENE WILLITS,      :
:
               Petitioner      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 20th day of August, 2015, the Petition for Leave to File Petition for Allowance of Appeal Nunc Pro Tunc is **GRANTED**. Although counsel was negligent in failing to perfect a timely filing, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. *See* Pa.R.Crim.P. 122. Counsel is **DIRECTED** to file the already-prepared Petition for Allowance of Appeal within 5 days.